IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PETER GRAVES,

      Plaintiff,                      No. CIV 2:11-cv-1988-GEB-JFM

  vs.

EXPERIAN *et al*.,

      Defendants.               ORDER

_____/

       On July 28, 2011, plaintiff filed a complaint against defendants Experian, FreeCreditReport.com and John Peace for violations of his constitutional rights. Plaintiff also filed a motion to proceed in forma pauperis. Plaintiff's motion to proceed in forma pauperis was granted on August 8, 2011 and the complaint was dismissed with leave to amend for failure to state a claim. Plaintiff has now filed an amended complaint.

       Upon review, the court finds that the first amended complaint does not differ substantively from the July 28, 2011 complaint. For the reasons set forth in this court's August 8, 2011 order, plaintiff's first amended complaint is also dismissed. Plaintiff will be granted one further opportunity to state a claim.

       In accordance with the above, IT IS HEREBY ORDERED that within thirty days from the date of this order, plaintiff shall complete the attached Notice of Amendment and submit the following documents to the court:

       1. The completed Notice of Amendment; and

       2. An original and one copy of the Second Amended Complaint.

1  Plaintiff's amended complaint shall comply with the requirements of the Civil Rights Act, the
2  Federal Rules of Civil Procedure, and the Local Rules of Practice; the second amended
3  complaint must bear the docket number 2:11-cv-1988-GEB-JFM and must be labeled "Second
4  Amended Complaint"; failure to file a second amended complaint in accordance with this order
5  may result in the dismissal of this action.
6  DATED: September 29, 2011.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

/014;graves.dismiss.lta

1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT
9         FOR THE EASTERN DISTRICT OF CALIFORNIA
10   PETER GRAVES,
11        Plaintiff,              No. CIV 2:11-cv-1988-GEB-JFM
12        vs.
13   EXPERIAN *et al*.,            NOTICE OF AMENDMENT
14        Defendants.
     _____/
15
          Plaintiff hereby submits the following document in compliance with the court's
16   order filed _____:
17        _____   Second Amended Complaint
18   DATED:
19
20
21
22
23                                    _____
                                      Plaintiff
24
25
26

3