IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PETER GRAVES,

      Plaintiff,                    No. CIV 2:11-cv-1988-GEB-JFM

  vs.

EXPERIAN *et al*.,

      Defendants.              <u>ORDER</u>

                            /

        On July 28, 2011, plaintiff filed a complaint against defendants Experian, FreeCreditReport.com and John Peace for violations of his constitutional rights.  Plaintiff also filed a motion to proceed in forma pauperis.  Plaintiff's motion to proceed in forma pauperis was granted on August 8, 2011 and the complaint was dismissed with leave to amend for failure to state a claim.  Plaintiff has now filed an amended complaint.

        Upon review, the court finds that the first amended complaint does not differ substantively from the July 28, 2011 complaint.  For the reasons set forth in this court's August 8, 2011 order, plaintiff's first amended complaint is also dismissed.  Plaintiff will be granted one further opportunity to state a claim.

        In accordance with the above, IT IS HEREBY ORDERED that within thirty days from the date of this order, plaintiff shall complete the attached Notice of Amendment and submit the following documents to the court:

        1. The completed Notice of Amendment; and

        2. An original and one copy of the Second Amended Complaint.

Plaintiff's amended complaint shall comply with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice; the second amended complaint must bear the docket number 2:11-cv-1988-GEB-JFM and must be labeled "Second Amended Complaint"; failure to file a second amended complaint in accordance with this order may result in the dismissal of this action.

DATED: September 29, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

/014;graves.dismiss.lta

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PETER GRAVES,

      Plaintiff,                  No. CIV 2:11-cv-1988-GEB-JFM

     vs.

EXPERIAN *et al*.,               NOTICE OF AMENDMENT

      Defendants.
_____/

     Plaintiff hereby submits the following document in compliance with the court's order filed _____:

    _____     Second Amended Complaint

DATED:

                                          _____
                                          Plaintiff