IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PETER GRAVES,

    Plaintiff,                    No. CIV 2:11-cv-1988-GEB-JFM

    vs.

EXPERIAN *et al*.,

    Defendants.           <u>ORDER</u>

          Plaintiff, proceeding pro se, has requested that this action be dismissed. Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

          Accordingly, IT IS HEREBY ORDERED that this action is dismissed and all pending motions are denied as moot.

DATED: October 4, 2011.

UNITED STATES MAGISTRATE JUDGE

/014;grav1988.59